**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jeffrey DAWKINS, Petitioner**

No. 552 EAL 2016

Supreme Court of Pennsylvania.

May 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**James D. SCHNELLER, Petitioner**

v.

**CLERK OF COURTS OF the FIRST JUDICIAL DISTRICT OF PENNSYLVANIA; Prothonotary of the First Judicial District of Pennsylvania, Respondents**

No. 40 EM 2017

Supreme Court of Pennsylvania.

May 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of May, 2017, the Petition for Peremptory Writ of Mandamus and Writ of Prohibition is **DENIED**.